E-Filing

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>Plaintiff,  <br>v.  <br>JOSE LUIS MARTINEZ-OROZCO,  <br>Defendant. | No. 05-70618 HRL  <br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME  <br><br>SAN JOSE VENUE |

On September 8, 2005, the parties in this case appeared before the Court for an arraignment. At that appearance, Assistant United States Attorney Susan Knight explained to the Court that the government has offered the defendant a "fast-track" resolution of his illegal reentry case, however, he may not have an aggravated felony conviction which would result in a sentencing range less than the proposed 30 months. Therefore, in order to fully investigate the defendant's criminal history, the parties requested that the arraignment be continued to September 29, 2005 at 9:30 a.m. In addition, the defendant, through his counsel, agreed to an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from September 8,

1  2005 to September 29, 2005. The parties agree and stipulate that an exclusion of time is
2  appropriate based on the defendant's need for effective preparation of counsel.
3  SO STIPULATED:                              KEVIN V. RYAN
                                                United States Attorney
4
5  DATED:_____                           /s/
                                                SUSAN KNIGHT
                                                Assistant United States Attorney
6
7  DATED:_____                           /s/
                                                ANGELA HANSEN
8                                               Assistant Federal Public Defender
9
10        Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is
11 continued to September 29, 2005 at 9:30 a.m. before the Honorable Judge Lloyd. Good cause
12 is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure
13 and 18 U.S.C. § 3060.
14        For good cause shown, the Court FURTHER ORDERS that time be excluded under the
15 Speedy Trial Act from September 8, 2005 to September 29, 2005. The Court finds, based on the
16 aforementioned reasons, that the ends of justice served by granting the requested continuance
17 outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant
18 the requested continuance would deny defense counsel reasonable time necessary for effective
19 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
20 of justice. The Court therefore concludes that this exclusion of time should be made under 18
21 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
22 SO ORDERED.
23
24 DATED: 9/12/05                              _____
                                                RICHARD SEEBORG
                                                United States Magistrate Judge
25
26
27
28

STIPULATION AND [PROPOSED] ORDER              2
No. 05-70618 HRL

|   |   |
|---|---|
| 1 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document. |
| 2 |   |

DATED:_____  _____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

**Other Documents**
**5:05-mj-70618-HRL USA v. Martinez-Orozco**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting "I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink..." on the ECF home page at

The following transaction was received from Knight, Susan on 9/12/2005 at 10:05 AM

**Case Name:**        USA v. Martinez-Orozco
**Case Number:**    5:05-mj-70618
**Filer:**                    USA
**Document Number:** 7

**Docket Text:**
STIPULATION *and proposed order excluding time* by USA as to Jose Luis Martinez-Orozco (Knight, Susan) (Filed on 9/12/2005)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\SKreider\Martinez_Rule_5_and_STA_exclusion.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/12/2005] [FileNumber=2104670-0]
[b1a82f8b170f6c38426ff51046605b101d5f780c23569aaf1e6b1dcb631eb87ca3b2a
a8e668ad00bd1d3d920c810b0cd29fb90b9f797d99b12d845ba03a9ef0f]]

**5:05-mj-70618-1 Notice will be electronically mailed to:**

Susan Frances Knight    Susan.Knight@usdoj.gov,

https://ecf.cand.uscourts.gov/cgi-bin/Dispatch.pl?373967392719228        9/12/2005

Jay Rorty    jay_rorty@fd.org, susie_barrera@fd.org

**5:05-mj-70618-1 Notice will NOT be electronically mailed to:**